■ ANTHONY T. PESOLA, Appellant, v MARIE PESOLA, Respondent.—In a matrimonial action, plaintiff appeals from a judgment of divorce of the Supreme Court, Dutchess County, entered November 17, 1977. Appeal dismissed, without costs or disbursements. The judgment in this case was entered on consent and is not appealable. In addition, the matters which appellant now seeks to raise are entirely dehors the record and may not be considered. Hopkins, J. P., Damiani, Rabin and Shapiro, JJ., concur.

■ PRISCILLA POOLE, Appellant, v HERTZ CORPORATION et al., Respondents.—In a negligence action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Kings County, dated February 28, 1978, which denied her motion to (1) remove the action to that court from the Civil Court of the City of New York, (2) increase the *ad damnum* clause of the complaint and (3) serve a supplemental bill of particulars. Order reversed, without costs or disbursements, and motion granted, with leave to the defendants to conduct further physical and oral examinations of plaintiff and to receive further authorizations for hospital and physicians' reports. The examinations shall proceed at a time and place to be fixed in a written notice of not less than 10 days to be given by defendants, or at such other time and place as the parties may agree. From the record before us, the injuries sustained could result in a verdict in excess of the monetary limit of the Civil Court of the City of New York. Plaintiff's papers show a meritorious cause of action and no prejudice from the delay appears or is claimed by defendants (see *Decalo v Wearing Apparel Trucking Co.,* 58 AD2d 640; *Darrow v Delfino Crescenzo & Sons,* 55 AD2d 635; *Moore v Wilson,* 51 AD2d 973). Mollen, P. J., Latham, Damiani and Titone, JJ., concur.

■ PRICEMAN HOLDING COMPANY et al., Respondents, v MURRAY PRICEMAN, Appellant.—Appeal by defendant from stated portions of an order of the Supreme Court, Kings County, dated February 24, 1976, which, *inter alia,* permitted plaintiff Jerry Priceman to continue the partnership business for the purpose of winding up its affairs. Order affirmed insofar as appealed from, without costs or disbursements. We interpret the order appealed from to direct a full accounting from the time of notice of dissolution to the time of dissolution. Hopkins, J. P., Martuscello, Latham and Cohalan, JJ., concur.

■ MURRAY PRICEMAN, Appellant, v SAMUEL PRICEMAN, Respondent. (Action No. 1.) SHORE RIDGE ASSOCIATES et al., Respondents, v MURRAY PRICEMAN, Appellant. (Action No. 2.)—Appeal from stated portions of an order of the Supreme Court, Kings County, dated February 24, 1976, which, *inter alia,* permitted Jerry Priceman to continue the partnership business for the purpose of winding up its affairs. Order affirmed insofar as appealed from, without costs or disbursements. We interpret the order appealed from to direct a full accounting from the time of notice of dissolution to the time of dissolution. Hopkins, J. P., Martuscello, Latham and Cohalan, JJ., concur.